UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

W. LYNN MCCLORE,

   Plaintiff,

 v.

MARGARITA PEREZ et al,

   Defendant.
               /

Case Number: CV07-03251 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wilbur L. McClore
Correctional Training Facility
C-50493, BW-217L
PO Box 689
Soledad, CA 93960

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: June 27, 2007

              Richard W. Wieking, Clerk
              By: Dawn Toland, Deputy Clerk