# EXHIBIT 1

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

rr
MARCH 31, 1987

HONORABLE: DARLENE SCHEMPP JUDGE
G FENNER Deputy Sheriff

G COVEY
G GORKOS

Deputy Clerk
a50493 McClure, Reporter

(Parties and counsel checked if present)

A 811397

**PEOPLE OF THE STATE OF CALIFORNIA**
VS

02) MC CLURE, WILBER LYNN
X-016527

Counsel for Plaintiff: IRA REINER, DISTRICT ATTY. BY M ROSENBLATT DEPUTY

Counsel for Defendant: M ADELSON 987.2 by J ESTEIN  ~~PUBLIC DEFENDER~~  ~~DEPUTY~~

NATURE OF PROCEEDINGS PROBATION AND SENTENCE

(Boxes checked if order applicable)

PROBATION DENIED, SENTENCE AS INDICATED BELOW.
Whereas the said defendant having ..been.......... duly ..found................
guilty in this court of the crime of KIDNAPING FOR ROBBERY (Sec. 209(b) PC) a felony,
as charged in Count 14 of the Information.

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison. for LIFE. Plus 1 year pursuant to section 667.5(b) PC to run CONSECUTIVE to Count 14.

☒ Defendant is given credit for ....728............ days in custody (includes 243 days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
☒ for Men at Chino, California
☐ for Women at Frontera, California
☐ .........................................

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

**AMENDED JUDGMENT**

ENTERED
05-17-88
frank S ZOLIN
EXECUTIVE OFFICER
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

2   76J805A (REV. 7-82) 4-85
    C-109

PINK ORIGINAL TO FILE
WHITE COPY TO MICROFILM
YELLOW COPY TO STATEWIDE DISTRIBUTION
GREEN COPY TO PROBATION

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

DEPT. NW S

Date: MARCH 31, 1987
HONORABLE: DARLENE SCHEMPP JUDGE   G COVEY Deputy Clerk
G FENNER Deputy Sheriff   G GORKOS Reporter

(Parties and counsel checked if present)

A 811397
**PEOPLE OF THE STATE OF CALIFORNIA**
VS
02) MC CLURE, WILBER LYNN
X 016527

Counsel for Plaintiff: IRA REINER, DISTRICT ATTY. BY M ROSENBLATT DEPUTY

Counsel for Defendant: M ADELSON 987.2 PUBLIC DEFENDER by J ESTEIN DEPUTY

NATURE OF PROCEEDINGS PROBATION AND SENTENCE

(Boxes checked if order applicable)

PROBATION DENIED, SENTENCE AS INDICATED BELOW.
Whereas the said defendant having ..been.......duly.... Found ............................
guilty in this court of the crime of KIDNAPING FOR ROBBERY (Sec. 209(b) PC) a felony,
as charged in count 14 of the Information.

*See Amended 5-20-86*

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison. for LIFE. Plus 1 year pursuant to section 667(a) to run CONSECUTIVE TO Count 14.

☒ Defendant is given credit for... 728 ............days in custody (includes 243 days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
  ☒ for Men at Chino, California
  ☐ for Women at Frontera, California
  ☐ ...............................................

ENTERED
04-01-87
FRANK S ZOLIN
EXECUTIVE OFFICER
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

2  76J805A (REV. 7-82) 4-85
C-109

**JUDGMENT**

PINK ORIGINAL TO FILE   YELLOW COPY TO STATEWIDE DISTRIBUTION