# EXHIBIT 7

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE

COURT OF APPEAL - SECOND DIST.
FILED
JAN 11 2007
JOSEPH A. LANE  Clerk
V. GRAY  Deputy Clerk

| In re | B195256 |
|---|---|
| Wilbur Lynn McClore, | (Los Angeles County Super. Ct. No. BH003866) (Steven Van Sicklen, Judge) |
| on | |
| Habeas Corpus. | ORDER |

BY THE COURT:

The petition for writ of habeas corpus, filed December 4, 2006, has been read and considered and is denied. (*In re Dannenberg* (2005) 34 Cal.4th 1061, 1070-1095; *In re Rosenkrantz* (2002) 29 Cal.4th 616, 676-677.)