# EXHIBIT 9

Court of Appeal, Second Appellate District, Div. 3 - No. B195256
S149686

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re WILBUR LYNN McCLORE on Habeas Corpus

The petition for review is denied.

George, C.J., was absent and did not participate.

SUPREME COURT
FILED

APR 1 1 2007

Frederick K. Ohlrich Clerk

_____ Deputy

MORENO
_____
Acting Chief Justice